Exhibit 3

| Infringement Claim Chart for U.S. Pat. No. US7256899B1 v. Shining 3D ("Defendant") |
|---|

## This chart also applies to the EinScan HX2 and Aoralscan 3

| Claim16 | Evidence |
|---|---|
| 16. A system for acquiring an approximation of a surface geometry of a 3-dimensional object comprising: | The Shining 3D EinScan Libre scanner is a system for acquiring an approximation of a surface geometry of a 3-dimensional object.<br><br>For example, the EinScan Libre Scanner is a 3D scanning system for measuring the three-dimensional shape of an object using projected light patterns and a camera system. The EinScan Libre scanner includes a scanner head that projects a series of light patterns onto a target object. When light projects onto the object's surface, the patterns become distorted. The camera system captures these images and sends them for processing to a computer executing 3D scanning software.<br><br><br><br>Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/ |

einscan-libre



Source: https://www.youtube.com/watch?v=ucMwrg3G4uc





Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

# Lifelike Color Reproduction

Experience high-resolution color capture with the EinScan Libre. Equipped with a **48MP color camera**, it delivers lifelike color fidelity, capturing every detail with clarity and vibrant colors. The EinScan Libre ensures your scans reflect the full richness of the scene or object you're scanning.

# IR Rapid Mode

Ideal for larger areas, this mode offers marker-free and high-efficiency scanning with invisible, eye-safe infrared light. It's less sensitive to ambient light, making it perfect for outdoor use.

- Working distance up to **1.5 m**
- FOV of **983 x 979 mm**

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

4



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| means for establishing an object coordinate system in known relationship to the object; | The Shining 3D EinScan Libre Scanner includes means for establishing an object coordinate system in known relationships to the object.<br><br>For example, the EinScan Libre Scanner includes an on-board high performance NVIDIA processor that executes an algorithm to establish an object coordinate system using an image of the target object and the position of the scanner head when the image was captured.<br><br> |
|---|---|

# Get ready, get Libre!

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience, powered by its built-in screen and NVIDIA processor. It offers the perfect balance of freedom and efficiency, ensuring reliable results with versatile, user-friendly operation.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://www.youtube.com/watch?v=ucMwrg3G4uc





Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| means for projecting a pattern of structured light of known geometry onto the object; | The Shining 3D EinScan Libre scanner includes means for projecting a pattern of structured light of known geometry onto the object.<br><br>For example, the EinScan Libre scanner includes laser and infrared light sources that projects structured light in the form of IR speckle and laser line light patterns onto the scan target.<br><br>**All Modes On Deck**<br><br>Switch between the EinScan Libre's three versatile scan modes to cover object sizes ranging from **0.1m to over 10m**. These IR (infrared) and laser modes help the scanner adapt to all kinds of materials, whether you're indoors or outdoors in direct sunlight.<br><br>Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre |

# IR Rapid Mode

Ideal for larger areas, this mode offers marker-free and high-efficiency scanning with invisible, eye-safe infrared light. It's less sensitive to ambient light, making it perfect for outdoor use.

- Working distance up to **1.5 m**
- FOV of **983 x 979 mm**

# IR Adaptive Mode

Ideal for reflective and black surfaces, delivering reliable results.

- **38** IR laser lines
- Volumetric accuracy up to **0.04 + 0.06 mm/m**



Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

Equipped with 5 3D cameras of 5MP, a color camera of 48MP, delivering 3 multi light sources of blue laser lines, laser lines and infrared speckle, it adapts to a wide range of scenarios and materials, indoors or outdoors in direct sunlight. It is designed to accurately and efficiently scan medium to large-sized workpieces, providing a truly cable-free and computer-free 3D scanning experience, meeting high requirements for applications of digital archiving, reverse engineering, maintenance and repair in versatile industries like archaeology and heritage, CGI, forensic, architecture, manufacturing, and so on.

## Scanner Front

EinScan Libre combines IR Speckle, IR Laser, and 101 Blue Laser line, utilizing three different light sources. It provides 3 scanning modes to suit large and small object scanning, and can adapt to different material surfaces in black or reflective. EinScan Libre also features a build-in 48 MP texture camera that can capture full-color data and generate vivid mesh.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

| | |
|---|---|
| Full color scanning | Yes |
| Interface | Wi-Fi 6, USB-C, USB 3.0, Gigabit Ethernet |
| Laser class | Class II (eye safe) |
| Light source | IR Rapid + IR Adaptive — White light, visible; Laser HD — Blue laser |
| Outdoor scanning | Yes |
| Output formats | STL, OBJ, PLY, 3MF, ASC, LAS |
| Point distance | 0.5–10 mm (IR Rapid, IR Adaptive) / 0.05–3.0 mm (Laser HD) |
| Power charger | Supports charging via USB-C power banks or 100W PD3.0 fast charge adapters |
| Power source | 2 rechargeable batteries with scanning time of 3 hours |
| Recommended computer configuration | CPU: Intel i7-11700 or higher; GPU: NVIDIA GTX 1070 or higher; VRAM: 6GB or more; RAM: 32 GB or more; OS: Window 10 or 11 (64-bit) |
| Scan mode | IR Rapid: IR VCSEL / IR Adaptive: 38 IR laser lines / Laser HD: 101 blue laser lines |
| Scan speed | 2,700,000 points/s (IR Rapid), 1,900,000 points/s (IR Adaptive), 4,500,000 points/s (Laser HD) |

Source:https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It

12

| | |
|---|---|
| | %20enables%20one%20to%20scan,SHINING%203D   Source: https://www.youtube.com/watch?v=QAvJShVnMt4 |
| means for forming an image of an intersection of the | The Shining 3D EinScan Libre scanner includes means for forming an image of an intersection of the pattern of structured light with the object. |

| pattern of structured light with the object; | For example, the EinScan Libre scanner has a camera system that includes five 3D 5MP cameras. Each camera has an electro-optic image sensor that captures the patterns of the light projected onto the target object.<br><br><br><br>Source: https://www.youtube.com/watch?v=ucMwrg3G4uc |
|---|---|

Equipped with 5 3D cameras of 5MP, a color camera of 48MP, delivering 3 multi light sources of blue laser lines, laser lines and infrared speckle, it adapts to a wide range of scenarios and materials, indoors or outdoors in direct sunlight. It is designed to accurately and efficiently scan medium to large-sized workpieces, providing a truly cable-free and computer-free 3D scanning experience, meeting high requirements for applications of digital archiving, reverse engineering, maintenance and repair in versatile industries like archaeology and heritage, CGI, forensic, architecture, manufacturing, and so on.



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view





Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| | |
|---|---|
| processing means for generating a set of | The Shining 3D EinScan Libre scanner includes processing means for generating a set of data characterizing the intersection relative to the position of the pattern of light. |

| data characterizing the intersection relative to a position of the pattern of light; | For example, the EinScan Libre scanner includes an NVIDIA processor for processing the images of light patterns captured by the camera system.<br><br><br><br>Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre |
|---|---|

17

# Brains Behind the Speed

Equipped with a high-performance processor and generous storage, the EinScan Libre provides wireless freedom without compromising computing speed.

- **Powerful NVIDIA processor:** The integrated Jetson Orin NX 16GB, 8-core CPU and Ampere GPU with 1024 CUDA cores delivers fast data processing.

- **1TB SSD:** Room to roam. With expansive storage, you can scan freely without worrying about running out of space—whether high-res models or hefty projects.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

Equipped with a high-performance processor and generous storage, the EinScan Libre provides wireless freedom without compromising computing speed. The integrated NVIDIA Jetson Orin NX 16GB, 8-core CPU and Ampere GPU with 1024 CUDA cores delivers fast data processing. With expansive 1TB SSD storage, one can scan freely without worrying about running out of space—whether high-res models or hefty projects.



| Software | Device installed scanning software; PC software EXScan Libre |
|---|---|
| Texture capture | Yes |
| Volumetric accuracy | Up to 0.04 + 0.06 mm/m |
| Working distance | 500–1500 mm (IR Rapid); 500–1200 mm (IR Adaptive); 200–500 mm (Laser HD) |
| Technology | Hybrid (IR light + laser) |
| Processor | NVIDIA Jetson Orin NX, 8-core Arm Cortex A78AE, Ampere GPU with 1024 CUDA cores, 100 TOPS |
| Operating temperature | 0–40 °C |

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| transmitting means for transmitting some | The Shining 3D EinScan Libre scanner includes transmitting means for transmitting some portion of the image or intersection data to a receiver. |
|---|---|

| portion of the image or intersection data to a receiver; | For example, the EinScan Libre scanner includes a USB port for transmitting data associated with the captured images to an external computer e.g., running the EXSan Libre PC software. The USB port includes a USB transceiver for implementing the USB protocol and sending the data over the USB port. The embedded NVIDIA processor has a serial port (e.g., UART - Universal Asynchronous Receiver/Transmitter) that transmits the processed intersection data to the USB transceiver.  |
|---|---|

| | |
|---|---|
| | ## What connectivity and power options does the EinScan Libre offer?<br><br>The EinScan Libre can be powered and charged through USB-C, which also facilitates data transfer and synchronization with EXScan Libre PC software. It also supports Wi-Fi 6 and Gigabit Ethernet for seamless network connectivity. Its USB 3.0 Type-A port is available for USB flash drive connection and data sharing.<br><br>Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre<br><br>The EinScan Libre delivers a fully wireless, standalone 3D scanning experience with its built-in screen and powerful NVIDIA processor. Offering the ideal combination of freedom and efficiency, it ensures reliable results through versatile, user-friendly operation.<br><br>Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view |
| receiving means for receiving the transmitted processed intersection data; | The Shining 3D EinScan Libre scanner includes receiving means for receiving the transmitted processed intersection data.<br><br>For example, the EinScan Libre scanner includes a USB port for transmitting data associated with the captured images to an external computer e.g., running the EXScan Libre PC software. The USB port includes a USB transceiver for implementing the USB protocol and sending the data over the USB port. The USB transceiver has a receiver for receiving the processed intersection data from the serial port of the embedded NVIDIA processor. The data is then sent to the computer via the USB-C port. |

# EinScan Libre

All-in-one laser 3D scanner: wireless, markerless, and full-color.

✓ Wireless and standalone
✓ Complete on-device scan-to-mesh
✓ Marker-free laser scans with texture
✓ Powerful embedded computing by NVIDIA

# Get ready, get Libre!

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience, powered by its built-in screen and NVIDIA processor. It offers the perfect balance of freedom and efficiency, ensuring reliable results with versatile, user-friendly operation.

## What connectivity and power options does the EinScan Libre offer?

The EinScan Libre can be powered and charged through USB-C, which also facilitates data transfer and synchronization with EXScan Libre PC software. It also supports Wi-Fi 6 and Gigabit Ethernet for seamless network connectivity. Its USB 3.0 Type-A port is available for USB flash drive connection and data sharing.

| | Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre |
|---|---|
| |  |
| | Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre |
| tracking means for tracking the position of the projected pattern of structured light; | The Shining 3D EinScan Libre scanner includes tracking means for tracking the position of the projected pattern of structured light.<br><br>For example, the EinScan Libre scanner uses overlapping areas of scanned images to track the position at which a light pattern image was captured in relation to the target object. |

24

**Losing and Resuming Tracking**

As you move the scanner, it captures a series of frames per second with overlapping areas. Which are used to track the object. If the scanner fails to capture enough overlapping areas, it may lose tracking.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

25

# EinScan Libre Tech Specs

| | | | |
|---|---|---|---|
| **Volumetric accuracy** | Up to 0.04 + 0.06 mm/m | **Resolution (point distance)** | IR Rapid & IR Adaptive: 0.5 ~ 10 mm; Laser HD: 0.05 ~ 3.0 mm |
| **Scan speed** | Up to 4,500,000 points/s (Laser HD) | **Maximum FOV** | Up to 983 x 979 mm (IR Rapid) |
| **Light source** | IR Rapid: IR VCSEL; IR Adaptive: 38 IR laser lines; Laser HD: 101 blue laser lines | **Alignment modes** | Feature / Texture / Hybrid / Markers / Global markers |

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://www.youtube.com/watch?v=QAvJShVnMt4



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| | |
|---|---|
| means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed; | The Shining 3D EinScan Libre scanner includes means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed.<br><br>For example, the NVIDIA processor of the EinScan Libre scanner executes an algorithm to track the position of the non-contact scanner as it is moved from an initial position to other positions to capture light pattern images from different locations around the target object.<br><br>The EinScan Libre is designed with exceptional adaptability, handling diverse surface types effortlessly, including challenging reflective and black surfaces. Its advanced Laser HD mode enhances convenience by enabling marker-free scanning, making it a versatile solution for complex materials and detailed scans. |

27

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre





Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| | |
|---|---|
| transforming means for transforming each intersection datum into coordinates of the object coordinate system; and | The Shining 3D EinScan Libre scanner includes transforming means for transforming each intersection datum into coordinates of the object coordinate system.<br><br>For example, the embedded NVIDIA processor calculates the X-Y-Z coordinate points of the entire surface geometry of the target object from the light pattern images as the light pattern shifts from the initial position.<br><br>The point cloud is a collection of data in a 3D coordinate system (xyz), representing the external surface of an object or environment. Imagine each point as a tiny dot floating in space. You can obtain a large amount of point cloud data by scanning objects using a 3D scanner, which can be used for subsequent model rendering and measurements. |

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view



### Multi-resolution fusion

Effortlessly combine scans with different resolutions across various modes for enhanced results.



### Resource-efficient system

Delivers a smooth performance without the need for high-spec computers.



### Flexible workflow

Multi-tasking workflows that offer enhanced flexibility, allowing you to go beyond single-threaded operations.



### Measurement functions

Supports multiple coordinate alignment methods as well as distance, surface area, and volume calculations.

The texture alignment feature in Laser HD mode is specifically designed to assist in scanning objects with challenging surface materials, such as metallic finishes or colorful vases, which may have fewer identifiable features but are rich in texture.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

| | |
|---|---|
| Software | Device installed scanning software; PC software EXScan Libre |
| Texture capture | Yes |
| Volumetric accuracy | Up to 0.04 + 0.06 mm/m |
| Working distance | 500–1500 mm (IR Rapid); 500–1200 mm (IR Adaptive); 200–500 mm (Laser HD) |
| Technology | Hybrid (IR light + laser) |
| Processor | NVIDIA Jetson Orin NX, 8-core Arm Cortex A78AE, Ampere GPU with 1024 CUDA cores, 100 TOPS |
| Operating temperature | 0–40 °C |

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D





Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

| accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object. | The Shining 3D EinScan Libre scanner includes accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object.<br><br>For example, the embedded NVIDIA processor executes an algorithm to align every scan image automatically to create a highly accurate 3D digital model of the object. |
|---|---|

33

The point cloud is a collection of data in a 3D coordinate system (xyz), representing the external surface of an object or environment. Imagine each point as a tiny dot floating in space. You can obtain a large amount of point cloud data by scanning objects using a 3D scanner, which can be used for subsequent model rendering and measurements.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view



### Multi-resolution fusion

Effortlessly combine scans with different resolutions across various modes for enhanced results.



### Resource-efficient system

Delivers a smooth performance without the need for high-spec computers.



### Flexible workflow

Multi-tasking workflows that offer enhanced flexibility, allowing you to go beyond single-threaded operations.



### Measurement functions

Supports multiple coordinate alignment methods as well as distance, surface area, and volume calculations.

The texture alignment feature in Laser HD mode is specifically designed to assist in scanning objects with challenging surface materials, such as metallic finishes or colorful vases, which may have fewer identifiable features but are rich in texture.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

| Software | Device installed scanning software; PC software EXScan Libre |
|---|---|
| Texture capture | Yes |
| Volumetric accuracy | Up to 0.04 + 0.06 mm/m |
| Working distance | 500–1500 mm (IR Rapid); 500–1200 mm (IR Adaptive); 200–500 mm (Laser HD) |
| Technology | Hybrid (IR light + laser) |
| Processor | NVIDIA Jetson Orin NX, 8-core Arm Cortex A78AE, Ampere GPU with 1024 CUDA cores, 100 TOPS |
| Operating temperature | 0–40 °C |

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D





Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view