# UNITED STATES DISTRICT COURT

for the

### Eastern District of Texas

|  |  |  |
|---|---|---|
| Patent Armory Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:25-cv-505 |
| Hangzhou Shining 3D Co, Ltd. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patent Armory Inc. .

Date:     05/07/2025

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315, Chicago, IL 6061
7736694590
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*