Civil Action No. **2:25-cv-00505-JRG**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Hangzhou Shining 3D Co, Ltd.**
was recieved by me on **12/11/2025**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Daniel Hangzhou**, who is designated by law to accept service of process on behalf of **Hangzhou Shining 3D Co, Ltd.** at **2450 Alvarado St Building 7, San Leandro, CA 94577 on 12/11/2025 at 12:13 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date: 12/11/2025

_____
*Server's signature*

**Tarhea Kendricks**
*Printed name and title*

**7420 San Ramon Rd**
**1**
**Dublin, CA 94568**
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; APPEARANCE OF COUNSEL; CIVIL COVER SHEET; ALIAS SUMMONS; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; EXHIBITS, to Daniel Hangzhou who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'8"-5'10" tall and weighing 120-140 lbs with a mustache and glasses. Light mustache short black hair cut So upon entering the building two male subjects kind of young were coming out the door and asking me what I needed and I let them know So they weren't trying to take the documents, SUMMONS; COMPLAINT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION**



Tracking #: 0198785473



Civil Action No.    **2:25-cv-00505-JRG**

**REGARDING A PATENT OR TRADEMARK; APPEARANCE OF COUNSEL; CIVIL COVER SHEET; ALIAS SUMMONS; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; EXHIBITS, but I asked them their names told me their names after I stayed that they're being served decided to say that that's nothing real names regardless I told him to being served they also have a lot of cameras in here so short haired guy really sassy when he refused to accept the documents, SUMMONS; COMPLAINT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; APPEARANCE OF COUNSEL; CIVIL COVER SHEET; ALIAS SUMMONS; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; EXHIBITS, I left them on a box in front of him so then there was a lady with black hair down to her neck maybe decided to pick up the documents, SUMMONS; COMPLAINT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; APPEARANCE OF COUNSEL; CIVIL COVER SHEET; ALIAS SUMMONS; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; EXHIBITS, she was about maybe 5'7 to 5'8 about 140 to 150lb also they have a guy working in there a vendor with a red shirt on from western Allie mechanical commercial name Derek I make sure I am very detail because of how they acted**



