Exhibit 4

Infringement Claim Chart for U.S. Pat. No. US7336375B1 v. Shining 3D ("Defendant")

## This chart also applies to the Aoralscan 3 Wireless

| Claim1 | Evidence |
|---|---|
| 1. A system for acquiring an approximation of a surface geometry of a 3-dimensional object within a 3-dimensional object coordinate system in known relationship to the object, wherein the system comprises: | The Shining 3D EinScan Libre Scanner is system for acquiring an approximation of a surface geometry of a 3-dimensional object within a 3-dimensional object coordinate system in known relationship to the object.<br><br>For example, the EinScan Libre is a 3D scanning device for measuring the three-dimensional shape of an object using projected light patterns and a camera system.<br><br><br><br>Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre |



Source: https://www.youtube.com/watch?v=ucMwrg3G4uc





# Get ready, get Libre!

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience, powered by its built-in screen and NVIDIA processor. It offers the perfect balance of freedom and efficiency, ensuring reliable results with versatile, user-friendly operation.

Completely wireless    High-performance processor    Laser & infrared light

Complete on-device workflow    Multiple scan modes    Lifelike color reproduction

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

# Lifelike Color Reproduction

Experience high-resolution color capture with the EinScan Libre. Equipped with a **48MP color camera**, it delivers lifelike color fidelity, capturing every detail with clarity and vibrant colors. The EinScan Libre ensures your scans reflect the full richness of the scene or object you're scanning.

# IR Rapid Mode

Ideal for larger areas, this mode offers marker-free and high-efficiency scanning with invisible, eye-safe infrared light. It's less sensitive to ambient light, making it perfect for outdoor use.

- Working distance up to **1.5 m**
- FOV of **983 x 979 mm**

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| a non-contact scanner, including: | The Shining 3D EinScan Libre Scanner includes a non-contact scanner.<br><br>For example, the EinScan Libre includes scanner head that project a series of light patterns (e.g. IR Laser and infrared) onto a target object. When light projects onto |
| --- | --- |

the object's surface, the patterns become distorted. The camera system captures these images and sends them for processing to a computer executing 3D scanning software.



Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

5

# IR Rapid Mode

Ideal for larger areas, this mode offers marker-free and high-efficiency scanning with invisible, eye-safe infrared light. It's less sensitive to ambient light, making it perfect for outdoor use.

- Working distance up to **1.5 m**
- FOV of **983 x 979 mm**

# IR Adaptive Mode

Ideal for reflective and black surfaces, delivering reliable results.

- **38** IR laser lines
- Volumetric accuracy up to **0.04 + 0.06 mm/m**

# EinScan Libre Tech Specs

| | | | |
|---|---|---|---|
| Volumetric accuracy | Up to 0.04 + 0.06 mm/m | Resolution (point distance) | IR Rapid & IR Adaptive: 0.5 ~ 10 mm; Laser HD: 0.05 ~ 3.0 mm |
| Scan speed | Up to 4,500,000 points/s (Laser HD) | Maximum FOV | Up to 983 x 979 mm (IR Rapid) |
| Light source | IR Rapid: IR VCSEL; IR Adaptive: 38 IR laser lines; Laser HD: 101 blue laser lines | Alignment modes | Feature / Texture / Hybrid / Markers / Global markers |

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

6



Equipped with 5 3D cameras of 5MP, a color camera of 48MP, delivering 3 multi light sources of blue laser lines, laser lines and infrared speckle, it adapts to a wide range of scenarios and materials, indoors or outdoors in direct sunlight. It is designed to accurately and efficiently scan medium to large-sized workpieces, providing a truly cable-free and computer-free 3D scanning experience, meeting high requirements for applications of digital archiving, reverse engineering, maintenance and repair in versatile industries like archaeology and heritage, CGI, forensic, architecture, manufacturing, and so on.

## Scanner Front

EinScan Libre combines IR Speckle, IR Laser, and 101 Blue Laser line, utilizing three different light sources. It provides 3 scanning modes to suit large and small object scanning, and can adapt to different material surfaces in black or reflective. EinScan Libre also features a build-in 48 MP texture camera that can capture full-color data and generate vivid mesh.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/

view



Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre





Source: https://www.youtube.com/watch?v=QAvJShVnMt4

## Scanning modes

Combining two scanning technologies in a single device, the EinScan Libre offers three flexible scanning modes to cover object sizes ranging from 0.1 m to over 10 m. These IR (infrared) and laser modes help the scanner adapt to all kinds of materials, whether you are indoors or outdoors in direct sunlight.

**Laser HD mode** based on the blue laser light source is meant for marker-free, high-detailed scanning with rich texture. With its revolutionary 101 laser lines, this mode provides resolution up to 0.05 mm and supports texture alignment.

The EinScan Libre from Shining 3D boasts high-resolution accurate scans and fast acquisition speed. The flexible working distance allows scanning items of different sizes in two IR modes (VCSEL for long-range scanning) or Laser HD mode (Blue laser light source for short-range scanning). While the former is used for smoother experience in an unlimited environment, the latter boasts more stable scanning for capturing high-detail data with volumetric accuracy up to 0.04 + 0.06 mm/m. Thanks to multiple alignment options, the EinScan Libre can scan markerless or in combined mode (Feature+Marker+Texture) to convey authentic colors, textures, and all the smallest details of the scanned objects.

The Shining 3D EinScan Libre is a compact all-in-one laser 3D scanner providing a fully wireless, markerless, and full-color 3D scanning experience. The model is engineered with two light sources, combining the infrared VCSEL and Blue Laser scanning technologies in a single device. As a completely wireless solution powered by a large built-in touchscreen and potent NVIDIA processor, the Libre model offers the perfect balance of freedom and efficiency. The scanner does not require a powerful PC and provides a complete on-device workflow. It enables one to scan, edit, save, and share high-quality data through integrated EXScan Libre software, ensuring reliable results with versatile, user-friendly operation.

Source:
https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D

| | |
|---|---|
| a source of structured light; | The non-contact scanner of the Shining 3D EinScan Libre scanner includes a source of structured light.<br><br>For example, the EinScan Libre scanner includes laser and infrared light sources that projects structured light in the form of IR speckle and laser line light patterns |

onto the scan target.

# All Modes On Deck

Switch between the EinScan Libre's three versatile scan modes to cover object sizes ranging from **0.1m to over 10m**. These IR (infrared) and laser modes help the scanner adapt to all kinds of materials, whether you're indoors or outdoors in direct sunlight.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

# IR Rapid Mode

Ideal for larger areas, this mode offers marker-free and high-efficiency scanning with invisible, eye-safe infrared light. It's less sensitive to ambient light, making it perfect for outdoor use.

- Working distance up to **1.5 m**
- FOV of **983 x 979 mm**

# IR Adaptive Mode

Ideal for reflective and black surfaces, delivering reliable results.

- **38** IR laser lines
- Volumetric accuracy up to **0.04 + 0.06 mm/m**

## EinScan Libre Tech Specs

| | | | |
|---|---|---|---|
| **Volumetric accuracy** | Up to 0.04 + 0.06 mm/m | **Resolution (point distance)** | IR Rapid & IR Adaptive: 0.5 ~ 10 mm; Laser HD: 0.05 ~ 3.0 mm |
| **Scan speed** | Up to 4,500,000 points/s (Laser HD) | **Maximum FOV** | Up to 983 x 979 mm (IR Rapid) |
| **Light source** | IR Rapid: IR VCSEL; IR Adaptive: 38 IR laser lines; Laser HD: 101 blue laser lines | **Alignment modes** | Feature / Texture / Hybrid / Markers / Global markers |

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

Equipped with 5 3D cameras of 5MP, a color camera of 48MP, delivering 3 multi light sources of blue laser lines, laser lines and infrared speckle, it adapts to a wide range of scenarios and materials, indoors or outdoors in direct sunlight. It is designed to accurately and efficiently scan medium to large-sized workpieces, providing a truly cable-free and computer-free 3D scanning experience, meeting high requirements for applications of digital archiving, reverse engineering, maintenance and repair in versatile industries like archaeology and heritage, CGI, forensic, architecture, manufacturing, and so on.

## Scanner Front

EinScan Libre combines IR Speckle, IR Laser, and 101 Blue Laser line, utilizing three different light sources. It provides 3 scanning modes to suit large and small object scanning, and can adapt to different material surfaces in black or reflective. EinScan Libre also features a build-in 48 MP texture camera that can capture full-color data and generate vivid mesh.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

| | |
|---|---|
| Full color scanning | Yes |
| Interface | Wi-Fi 6, USB-C, USB 3.0, Gigabit Ethernet |
| Laser class | Class II (eye safe) |
| Light source | IR Rapid + IR Adaptive — White light, visible; Laser HD — Blue laser |
| Outdoor scanning | Yes |
| Output formats | STL, OBJ, PLY, 3MF, ASC, LAS |
| Point distance | 0.5–10 mm (IR Rapid, IR Adaptive) / 0.05–3.0 mm (Laser HD) |
| Power charger | Supports charging via USB-C power banks or 100W PD3.0 fast charge adapters |
| Power source | 2 rechargeable batteries with scanning time of 3 hours |
| Recommended computer configuration | CPU: Intel i7-11700 or higher; GPU: NVIDIA GTX 1070 or higher; VRAM: 6GB or more; RAM: 32 GB or more; OS: Window 10 or 11 (64-bit) |
| Scan mode | IR Rapid: IR VCSEL / IR Adaptive: 38 IR laser lines / Laser HD: 101 blue laser lines |
| Scan speed | 2,700,000 points/s (IR Rapid), 1,900,000 points/s (IR Adaptive), 4,500,000 points/s (Laser HD) |

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D





Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| an imaging electro-optical sensor; | The non-contact scanner of the Shining 3D EinScan Libre Scanner includes an imaging electro-optical sensor. |
| --- | --- |

For example, the EinScan Libre scanner has a camera system that includes five 3D 5MP cameras. Each camera has an electro-optic image sensor that captures the patterns of the light projected onto the target object.



Five 5MP Cameras

Source: https://www.youtube.com/watch?v=ucMwrg3G4uc

Equipped with 5 3D cameras of 5MP, a color camera of 48MP, delivering 3 multi light sources of blue laser lines, laser lines and infrared speckle, it adapts to a wide range of scenarios and materials, indoors or outdoors in direct sunlight. It is designed to accurately and efficiently scan medium to large-sized workpieces, providing a truly cable-free and computer-free 3D scanning experience, meeting high requirements for applications of digital archiving, reverse engineering, maintenance and repair in versatile industries like archaeology and heritage, CGI, forensic, architecture, manufacturing, and so on.



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view



17



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| an image processor; | The non-contact scanner of the Shining 3D EinScan Libre Scanner includes an image processor.

For example, the EinScan Libre scanner includes an NVIDIA processor for processing the images of light patterns captured by the camera system. |

## Get ready, get Libre!

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience, powered by its built-in screen and NVIDIA processor. It offers the perfect balance of freedom and efficiency, ensuring reliable results with versatile, user-friendly operation.



Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

## Brains Behind the Speed

Equipped with a high-performance processor and generous storage, the EinScan Libre provides wireless freedom without compromising computing speed.

- **Powerful NVIDIA processor:** The integrated Jetson Orin NX 16GB, 8-core CPU and Ampere GPU with 1024 CUDA cores delivers fast data processing.

- **1TB SSD:** Room to roam. With expansive storage, you can scan freely without worrying about running out of space—whether high-res models or hefty projects.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Equipped with 5 3D cameras of 5MP, a color camera of 48MP, delivering 3 multi light sources of blue laser lines, laser lines and infrared speckle, it adapts to a wide range of scenarios and materials, indoors or outdoors in direct sunlight. It is designed to accurately and efficiently scan medium to large-sized workpieces, providing a truly cable-free and computer-free 3D scanning experience, meeting high requirements for applications of digital archiving, reverse engineering, maintenance and repair in versatile industries like archaeology and heritage, CGI, forensic, architecture, manufacturing, and so on.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

Equipped with a high-performance processor and generous storage, the EinScan Libre provides wireless freedom without compromising computing speed. The integrated NVIDIA Jetson Orin NX 16GB, 8-core CPU and Ampere GPU with 1024 CUDA cores delivers fast data processing. With expansive 1TB SSD storage, one can scan freely without worrying about running out of space—whether high-res models or hefty projects.

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D

| | |
|---|---|
| Software | Device installed scanning software; PC software EXScan Libre |
| Texture capture | Yes |
| Volumetric accuracy | Up to 0.04 + 0.06 mm/m |
| Working distance | 500–1500 mm (IR Rapid); 500–1200 mm (IR Adaptive); 200–500 mm (Laser HD) |
| Technology | Hybrid (IR light + laser) |
| Processor | NVIDIA Jetson Orin NX, 8-core Arm Cortex A78AE, Ampere GPU with 1024 CUDA cores, 100 TOPS |
| Operating temperature | 0–40 °C |

21

| | |
|---|---|
| | Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D  Source: https://www.youtube.com/watch?v=QAvJShVnMt4 |
| a wireless data transmitter; and | The Shining 3D EinScan Libre scanner includes a wireless data transmitter. For example, the EinScan Libre scanner includes a Wi-Fi 6 wireless transmitter for transmitting data associated with the captured images to an external computer or storage device connected over a network. |



Source: https://www.youtube.com/watch?v=ucMwrg3G4uc



# Get ready, get Libre!

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience, powered by its built-in screen and NVIDIA processor. It offers the perfect balance of freedom and efficiency, ensuring reliable results with versatile, user-friendly operation.



**Completely wireless**

**High-performance processor**

**Laser & infrared light**

**Complete on-device workflow**

**Multiple scan modes**

**Lifelike color reproduction**

# Where Wireless Meets Accuracy

Experience the perfect blend of freedom and accuracy with the EinScan Libre. This advanced wireless scanner delivers an impressive volumetric accuracy of up to **0.04 + 0.06 mm/m**, ensuring that every detail is captured with pinpoint precision. Whether working on intricate designs or complex projects, the EinScan Libre provides the reliability and accuracy you need, all in a truly wireless device.

24

## What connectivity and power options does the EinScan Libre offer?

The EinScan Libre can be powered and charged through USB-C, which also facilitates data transfer and synchronization with EXScan Libre PC software. It also supports Wi-Fi 6 and Gigabit Ethernet for seamless network connectivity. Its USB 3.0 Type-A port is available for USB flash drive connection and data sharing.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience with its built-in screen and powerful NVIDIA processor. Offering the ideal combination of freedom and efficiency, it ensures reliable results through versatile, user-friendly operation.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

The Shining 3D EinScan Libre is a compact all-in-one laser 3D scanner providing a fully wireless, markerless, and full-color 3D scanning experience. The model is engineered with two light sources, combining the infrared VCSEL and Blue Laser scanning technologies in a single device. As a completely wireless solution powered by a large built-in touchscreen and potent NVIDIA processor, the Libre model offers the perfect balance of freedom and efficiency. The scanner does not require a powerful PC and provides a complete on-device workflow. It enables one to scan, edit, save, and share high-quality data through integrated EXScan Libre software, ensuring reliable results with versatile, user-friendly operation.

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D

| at least one position | The Shining 3D EinScan Libre Scanner includes at least one position indicator. |

25

| indicator; | For example, the EinScan Libre scanner uses overlapping areas of scanned images to track the position at which a light pattern image was captured in relation to the target object. The images are displayed on the display located at the back of the scanner, which enables the operator to visually observe the scanning position of the scanner. |
| --- | --- |

**Losing and Resuming Tracking**

As you move the scanner, it captures a series of frames per second with overlapping areas. Which are used to track the object. If the scanner fails to capture enough overlapping areas, it may lose tracking.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/

view



Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

27



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| a scanner tracking subsystem configured to determine essentially continuously the 3D position of the non-contact scanner as well as the 3D position of the structured light at the times when the imaging electro-optical sensor acquires an image; | The Shining 3D EinScan Libre Scanner includes a scanner tracking subsystem configured to determine essentially continuously the 3D position of the non-contact scanner as well as the 3D position of the structured light at the times when the imaging electro-optical sensor acquires an image.<br><br>For example, the embedded NVIDIA processor continuously aligns scanned images according to their overlapping areas as the scanner is moved from an initial position to other positions to capture light pattern images from different locations around the target object. Tracking can be lost if the scanner fails to capture enough overlapping areas. When that happens, the operator returns to a previously scan area that is correctly displayed on the display screen of the scanner and resumes scanning from that position. |

**Losing and Resuming Tracking**

As you move the scanner, it captures a series of frames per second with overlapping areas. Which are used to track the object. If the scanner fails to capture enough overlapping areas, it may lose tracking.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view



Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

29

## EinScan Libre Tech Specs

| Volumetric accuracy | Up to 0.04 + 0.06 mm/m | Resolution (point distance) | IR Rapid & IR Adaptive: 0.5 ~ 10 mm; Laser HD: 0.05 ~ 3.0 mm |
|---|---|---|---|
| Scan speed | Up to 4,500,000 points/s (Laser HD) | Maximum FOV | Up to 983 x 979 mm (IR Rapid) |
| Light source | IR Rapid: IR VCSEL; IR Adaptive: 38 IR laser lines; Laser HD: 101 blue laser lines | Alignment modes | Feature / Texture / Hybrid / Markers / Global markers |

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

30



Source: https://www.youtube.com/watch?v=QAvJShVnMt4

| a wireless data receiver configured to receive data transmitted from the wireless data transmitter; and | The Shining 3D EinScan Libre Scanner includes a wireless data receiver configured to receive data transmitted from the wireless data transmitter.<br><br>For example, when the EinScan Libre is running in companion mode with an external PC executing the EXScan Libre PC software, a wireless receiver is used for receiving wireless data associated with the captured images sent from the wireless transmitter of the EinScan Libre. |
| --- | --- |



All-in-One Laser 3D Scanner: Wireless, Markerless, Full-Color

Source: https://www.youtube.com/watch?v=ucMwrg3G4uc



# Get ready, get Libre!

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience, powered by its built-in screen and NVIDIA processor. It offers the perfect balance of freedom and efficiency, ensuring reliable results with versatile, user-friendly operation.



Completely wireless

High-performance processor

Laser & infrared light

Complete on-device workflow

Multiple scan modes

Lifelike color reproduction

# Where Wireless Meets Accuracy

Experience the perfect blend of freedom and accuracy with the EinScan Libre. This advanced wireless scanner delivers an impressive volumetric accuracy of up to **0.04 + 0.06 mm/m**, ensuring that every detail is captured with pinpoint precision. Whether working on intricate designs or complex projects, the EinScan Libre provides the reliability and accuracy you need, all in a truly wireless device.

## What connectivity and power options does the EinScan Libre offer?

The EinScan Libre can be powered and charged through USB-C, which also facilitates data transfer and synchronization with EXScan Libre PC software. It also supports Wi-Fi 6 and Gigabit Ethernet for seamless network connectivity. Its USB 3.0 Type-A port is available for USB flash drive connection and data sharing.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

The EinScan Libre delivers a fully wireless, standalone 3D scanning experience with its built-in screen and powerful NVIDIA processor. Offering the ideal combination of freedom and efficiency, it ensures reliable results through versatile, user-friendly operation.

Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view

The Shining 3D EinScan Libre is a compact all-in-one laser 3D scanner providing a fully wireless, markerless, and full-color 3D scanning experience. The model is engineered with two light sources, combining the infrared VCSEL and Blue Laser scanning technologies in a single device. As a completely wireless solution powered by a large built-in touchscreen and potent NVIDIA processor, the Libre model offers the perfect balance of freedom and efficiency. The scanner does not require a powerful PC and provides a complete on-device workflow. It enables one to scan, edit, save, and share high-quality data through integrated EXScan Libre software, ensuring reliable results with versatile, user-friendly operation.

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D

| a computer, in | The Shining 3D EinScan Libre Scanner includes a computer, in communication |

| | |
|---|---|
| communication with the receiver, configured to correlate each received datum temporally with a corresponding 3D scanner position, to transform the data into coordinates relative to the object coordinate system according to the corresponding position of the scanner, and to accumulate the transformed coordinates as 3-dimensional surface points to model the object virtually. | with the receiver, configured to correlate each received datum temporally with a corresponding 3D scanner position, to transform the data into coordinates relative to the object coordinate system according to the corresponding position of the scanner, and to accumulate the transformed coordinates as 3-dimensional surface points to model the object virtually.<br><br>For example, the external computer executing the EXScan Libre PC software calculates the X-Y-Z coordinate points of the entire surface geometry of the target object from the light pattern images as the light pattern shifts from the initial position. Algorithms align every scan image automatically to create a highly accurate, complete 3D digital model of the object.<br><br>The point cloud is a collection of data in a 3D coordinate system (xyz), representing the external surface of an object or environment. Imagine each point as a tiny dot floating in space. You can obtain a large amount of point cloud data by scanning objects using a 3D scanner, which can be used for subsequent model rendering and measurements.<br><br>Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view |

35



**Multi-resolution fusion**

Effortlessly combine scans with different resolutions across various modes for enhanced results.



**Resource-efficient system**

Delivers a smooth performance without the need for high-spec computers.



**Flexible workflow**

Multi-tasking workflows that offer enhanced flexibility, allowing you to go beyond single-threaded operations.

**Measurement functions**

Supports multiple coordinate alignment methods as well as distance, surface area, and volume calculations.

## What connectivity and power options does the EinScan Libre offer?

The EinScan Libre can be powered and charged through USB-C, which also facilitates data transfer and synchronization with EXScan Libre PC software. It also supports Wi-Fi 6 and Gigabit Ethernet for seamless network connectivity. Its USB 3.0 Type-A port is available for USB flash drive connection and data sharing.

Source: https://www.shining3d.com/professional-solutions/all-in-one-3d-scanner/einscan-libre

| | |
|---|---|
| Software | Device installed scanning software; PC software EXScan Libre |
| Texture capture | Yes |
| Volumetric accuracy | Up to 0.04 + 0.06 mm/m |
| Working distance | 500–1500 mm (IR Rapid); 500–1200 mm (IR Adaptive); 200–500 mm (Laser HD) |
| Technology | Hybrid (IR light + laser) |
| Processor | NVIDIA Jetson Orin NX, 8-core Arm Cortex A78AE, Ampere GPU with 1024 CUDA cores, 100 TOPS |
| Operating temperature | 0–40 °C |

Source: https://top3dshop.com/product/einscan-libre-3d-scanner#:~:text=It%20enables%20one%20to%20scan,SHINING%203D





Source: https://drive.google.com/file/d/1V8bzaT2FSsRxEXHN0h4CBY2qD6bu6Ivd/view